UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWAN DONALD STAV, <br> # 208231, | ) <br> ) <br> ) |
| Petitioner, | ) Case No. 1:13-cv-1185 |
| v. | ) Honorable Paul L. Maloney |
| CARMEN D. PALMER, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DENIED** because it fails to raise a meritorious federal claim.


Dated:   February 8, 2017            /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge